UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NATIONAL RETIREMENT FUND and
THE BOARD OF TRUSTEES OF THE
NATIONAL RETIREMENT FUND,

                    Plaintiffs,

              -v.-

SAFRAN SA; SAFRAN USA, INC.; FAN
BLADE ASSOCIATES, INC.; SAFRAN
AEROSPACE COMPOSITES, LLC;
SNECMA PARTICIPATIONS, INC.;
SAFRAN POWER UNITS SAN DIEGO,
LLC; SAFRAN POWER UNITS USA, LLC;
SAFRAN HELICOPTER ENGINES USA,
INC.; SAFRAN LANDING SYSTEMS
KENTUCKY, LLC; SAFRAN LANDING
SYSTEMS WHEEL & BRAKE SERVICES,
LLC; SAFRAN LANDING SYSTEMS
SERVICES MIAMI, INC.; LABINAL
INVESTMENTS, LLC; SAFRAN
ELECTRICAL & POWER USA, LLC;
SAFRAN POWER USA, LLC; SAFRAN
ELECTRICAL COMPONENTS USA, INC.;
OPTICS 1, INC.; SAFRAN ELECTRONICS
& DEFENSE, AVIONICS USA, LLC;
SAGEM USA, INC.; SAFRAN DATA
SYSTEMS INC.; IDD AEROSPACE CORP.;
SAFRAN TRUSTED 4D, INC.; TALEN-X,
INC.; OROLIA GOVERNMENT SYSTEMS,
INC.; AVOX SYSTEMS INC.; AIR
CRUISERS COMPANY, LLC;
ENGINEERED ARRESTING SYSTEMS
CORPORATION; SAFRAN AEROSYSTEMS
SERVICES AMERICAS, LLC; SAFRAN
CABIN STERLING, INC.; SAFRAN CABIN
GALLEYS US, INC.; SAFRAN CABIN
MATERIALS, LLC; SAFRAN CABIN INC.;
SAFRAN CABIN BELLINGHAM, INC.;
SAFRAN SEATS USA, LLC; SAFRAN
VENTILATION SYSTEMS USA, LLC;
NORTHWEST AEROSPACE
TECHNOLOGIES, INC.; GREENPOINT

24 Civ. 9902 (KPF)

**ORDER**

TECHNOLOGIES, INC.; SAFRAN
PASSENGER INNOVATIONS, LLC; MAG
AEROSPACE INDUSTRIES, LLC; and
JOHN DOES 1-10,

                         Defendants.

KATHERINE POLK FAILLA, District Judge:

On March 13, 2025, the parties submitted a proposed Case Management Plan. (Dkt. #54). On March 19, 2025, the Court entered the parties' Case Management Plan, scheduling fact discovery to be completed by July 18, 2025, and expert discovery to be completed by September 1, 2025. (Dkt. #58). In the joint letter accompanying the parties' proposed Case Management Plan, Defendants indicated their belief that this litigation should be stayed pending arbitration. (Dkt. #54 at 4). However, at no time after the filing of the Case Management Plan did Defendants move for a stay. To the contrary, on July 3, 2025, the parties moved for an extension of time for discovery (Dkt. #63), which the Court granted (Dkt. #64). The Court made clear at the time that it did not anticipate granting another extension request for discovery, absent exigent circumstances. (Dkt. #64 at 2).

On September 2, 2025, near the close of the extended fact discovery deadline, Defendants moved to stay this litigation pending the outcome of an arbitration that Defendants initiated on March 25, 2025. (Dkt. #69).

Given these concurrent proceedings, the Court wishes to hold a telephonic conference to address the relevant issues. Accordingly, the parties are ORDERED to appear for a telephonic conference on **September 5, 2025**, at

**11:30 a.m.**  At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

      SO ORDERED.

Dated:   September 3, 2025
          New York, New York

_____
          KATHERINE POLK FAILLA
        United States District Judge