UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NATIONAL RETIREMENT FUND and THE BOARD OF TRUSTEES OF THE NATIONAL RETIREMENT FUND,

Plaintiffs,

-v.-

SAFRAN SA; SAFRAN USA, INC.; FAN BLADE ASSOCIATES, INC.; SAFRAN AEROSPACE COMPOSITES, LLC; SNECMA PARTICIPATIONS, INC.; SAFRAN POWER UNITS SAN DIEGO, LLC; SAFRAN POWER UNITS USA, LLC; SAFRAN HELICOPTER ENGINES USA, INC.; SAFRAN LANDING SYSTEMS KENTUCKY, LLC; SAFRAN LANDING SYSTEMS WHEEL & BRAKE SERVICES, LLC; SAFRAN LANDING SYSTEMS SERVICES MIAMI, INC.; LABINAL INVESTMENTS, LLC; SAFRAN ELECTRICAL & POWER USA, LLC; SAFRAN POWER USA, LLC; SAFRAN ELECTRICAL COMPONENTS USA, INC.; OPTICS 1, INC.; SAFRAN ELECTRONICS & DEFENSE, AVIONICS USA, LLC; SAGEM USA, INC.; SAFRAN DATA SYSTEMS INC.; IDD AEROSPACE CORP.; SAFRAN TRUSTED 4D, INC.; TALEN-X, INC.; OROLIA GOVERNMENT SYSTEMS, INC.; AVOX SYSTEMS INC.; AIR CRUISERS COMPANY, LLC; ENGINEERED ARRESTING SYSTEMS CORPORATION; SAFRAN AEROSYSTEMS SERVICES AMERICAS, LLC; SAFRAN CABIN STERLING, INC.; SAFRAN CABIN GALLEYS US, INC.; SAFRAN CABIN MATERIALS, LLC; SAFRAN CABIN INC.; SAFRAN CABIN BELLINGHAM, INC.; SAFRAN SEATS USA, LLC; SAFRAN VENTILATION SYSTEMS USA,

24 Civ. 9902 (KPF)

**JUDGMENT**

LLC; NORTHWEST AEROSPACE TECHNOLOGIES, INC.; GREENPOINT TECHNOLOGIES, INC.; SAFRAN PASSENGER INNOVATIONS, LLC; MAG AEROSPACE INDUSTRIES, LLC; and JOHN DOES 1-10,

Defendants.

KATHERINE POLK FAILLA, District Judge:

On July 9, 2026, the Court issued its Opinion and Order (Dkt. #97), granting Plaintiffs' motion for summary judgment under Rule 56, and directing Defendants to make an accelerated payment of the entire withdrawal liability amount allegedly due based on its default within twenty (20) days of that Opinion and Order. The Court left open the issue of attorneys' fees and costs, and ordered the parties to either reach an agreement on the fees and costs or file a proposed briefing schedule if they were unable to resolve it. The Court scheduled briefing on the matter on September 14, 2026, after the parties failed to reach an agreement on the fees and costs (Dkt. #105). Later that same day, the parties informed the Court that they reached an agreement to settle the issue of the attorneys' fees and costs in the amount of $325,000, and requested the Court enter an order for Defendant to pay that amount to the Fund within 30 calendar days of the letter (Dkt. #106). On September 16, 2026, the Court issued a memo endorsement granting the parties' request and ordered Defendants to pay $325,000 to the Fund within 30 calendar days of September 14, 2026 (i.e., October 15, 2026) (Dkt. #107); therefore, it is,

**ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated July 9, 2026, Plaintiffs' motion for summary judgment under Rule 56 is GRANTED and Defendants should have already made an accelerated payment of the entire withdrawal liability allegedly due based on its default within twenty (20) days of the date of the Opinion and Order; and Defendants are directed to pay $325,000 to the Fund in satisfaction of attorneys' fees and costs by October 15, 2026; accordingly the case is closed.

SO ORDERED.

Dated: September 15, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge